SHAUN SETAREH, Bar No. 204514
shaun@setarehlaw.com
WILLIAM M. PAO, Bar No. 219846
william@setarehlaw.com
SETAREH LAW GROUP
315 South Beverly Drive, Suite 315
Beverly Hills, California 90212
Telephone:    310.888.7771
Facsimile:    310.888.0109

Attorneys for Plaintiff
JAMES M. MANSAPIT

ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
ALISON S. HIGHTOWER, Bar No. 112429
ahightower@littler.com
EMILY A. MERTES, Bar No. 296743
emertes@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA  94104
Telephone:    415.433.1940
Fax No.:    415.399.8490

Attorneys for Defendant
DELUXE CORPORATION,
dba DELUXE CHECK PRINTERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. MANSAPIT, on behalf of himself, all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DELUXE CORPORATION, a Minnesota corporation; DELUXE CHECK PRINTERS, a Minnesota corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.  4:19-cv-00790-HSG<br><br>**ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>**Civil L.R. 7-12 and 16-2(d)**<br><br>Complaint Filed: January 14, 2019<br>Removed:　　　　February 13, 2019 |

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

1. The Case Management Conference is hereby continued from May 14, 2019 to June 13, 2019 at 2:00 p.m. in this Court.

2. The deadline for the parties to meet and confer pursuant to Fed. R. Civ. Proc. 26(f) is hereby continued to June 2, 2019.

3. The date by which the parties must complete initial disclosures pursuant to Fed. Rule Civ. Proc. 26(f) and file a Joint Case Management Statement is hereby continued to June 6, 2019.

DATED: April 24, 2019

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

FIRMWIDE:163942949.1 069962.1004